IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $44,141.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:19-MC-00171-KJM-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Alexander Akeem Williams ("Williams"), by and through their respective counsel, as follows:

1. On or about July 26, 2019, claimant Williams filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $44,141.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 21, 2019.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 24, 2019.

4.	By Stipulation and Order filed October 17, 2019, the parties stipulated to extend to January 22, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.	By Stipulation and Order filed January 28, 2020, the parties stipulated to extend to April 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.	By Stipulation and Order filed April 24, 2020, the parties stipulated to extend to July 20, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.	As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 19, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.	Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 19, 2020.

Dated:   7/14/2020                                MCGREGOR W. SCOTT
                                                  United States Attorney


                                                   /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney

Dated: 7/14/2020     /s/ Mark J. Reichel
　　　　　　　　　　　MARK J. REICHEL
　　　　　　　　　　　Attorney for Alexander Akeem Williams
　　　　　　　　　　　(As authorized via email)

　　　This order resolves ECF No. 7.

　　　IT IS SO ORDERED.

Dated: July 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3