UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Approximately $44,141.00 in U.S. Currency,<br><br>　　　　　Defendant. | No. 2:19-MC-0171-DB<br><br>ORDER |

　　　　On or about July 26, 2019, claimant Alexander Akeem Williams filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $44,141.00 in U.S. Currency, which was seized on May 21, 2019.  No person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

　　　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim is filed in the administrative forfeiture proceedings. The court "*may* extend the period for filing a complaint for good cause shown or upon agreement of the parties." *Id.* (emphasis added).  Williams and the United States have stipulated to and received many such extensions of time.  *See* ECF Nos. 1–12.  The parties now request a further extension of time, but do not explain why or how many additional extensions of time are anticipated.  *See* ECF No. 13.

1

1   **The request at ECF No. 13 is granted**, but the court does not expect to grant additional
2   extensions of time absent a showing of good cause.
3       IT IS SO ORDERED.
4   DATED: February 22, 2021.

                                      CHIEF UNITED STATES DISTRICT JUDGE