1   PHILLIP A. TALBERT
    Acting United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant United States. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:19-MC-00171-KJM-DB

12              Plaintiff,

13          v.                             STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $44,141.00 IN U.S.       AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY,                              ALLEGING FORFEITURE
15
            Defendant.
16

17          The United States and potential claimant Alexander Akeem Williams ("claimant"), by and

18  through his counsel, submit the following Stipulation and Order pursuant to the Court's prior order in

19  this case.  The seizure forming the basis for this matter took place less than two years ago and the parties

20  acknowledge the previous extensions given the COVID-19 pandemic.  In recent weeks, the parties have

21  engaged in settlement negotiations concerning the seizures.  Accordingly, the parties seek only a brief

22  sixty-day extension and believe that this will be the final request.

23                                  **Good Cause**

24          The seizure in this case stems from an investigation and resulting seizure at the Sacramento airport

25  of currency from the potential claimant.  The potential claimant was traveling to Sacramento from

26  Greensboro, South Carolina to purportedly visit friends and purchase property in California.  The cash

27  he carried in his luggage totaled $44,141.00 and, according to the potential claimant, he had just sold a

28  Nissan Titan truck for $10,000.00 and a Cadillac vehicle for $2,500.00.  A drug dog trained to identify

                                         1

the odor of narcotics on currency subsequently positively alerted to the cash transported from South Carolina to Sacramento in May 2019.

Accordingly, the United States has committed substantial resources and time reviewing the claim, investigative reports, and other records in this case, including criminal histories and employment reports. Further, discussions to resolve evidentiary inquiries and settlement movement require coordination and layers of conversation.  Lastly, the seizure in this case took place on May 21, 2019 and referred to the U.S. Attorney's Office on August 5, 2019, which was shortly before the shutdowns happened due to the COVID-19 global pandemic.  Offices have been closed and all discussions, negotiations, and approval conferences have occurred remotely.  Thus, the COVID-19 pandemic has had a significant impact on the timing of this case and progressing the settlement negotiations in this matter.

### Stipulations

1.     On or about July 26, 2019, claimant Williams filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $44,141.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 21, 2019.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 24, 2019.

4.      By Stipulation and Order filed October 17, 2019, the parties stipulated to extend to January 22, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

2

5.      By Stipulation and Order filed January 28, 2020, the parties stipulated to extend to April 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed April 24, 2020, the parties stipulated to extend to July 20, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed July 14, 2020, the parties stipulated to extend to October 19, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed October 20, 2020, the parties stipulated to extend to January 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.      By Stipulation and Order filed January 13, 2021, the parties stipulated to extend to February 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10.     By Stipulation and Order filed February 12, 2021, the parties stipulated to extend to April 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

3

12.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 18, 2021.

Dated:     4/16/2021                           PHILLIP A. TALBERT
                                               Acting United States Attorney


                                               /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant United States Attorney



Dated:     4/16/2021                           /s/ Mark J. Reichel
                                               MARK J. REICHEL
                                               Attorney for Alexander Akeem
                                               Williams
                                               (As authorized via email)


ORDER

The deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture **is extended to June 18, 2021**.  The court grants this extension with the understanding that the parties do not anticipate requesting any further extensions.

IT IS SO ORDERED.

DATED:  April 26, 2021.


_____
CHIEF UNITED STATES DISTRICT JUDGE

4