PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00171-KJM-DB |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $44,141.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant currency in civil case *United States v. Approximately $44,141.00 in U.S. Currency,* 2:21-CV-01100-TLN-KJN.  Accordingly, this miscellaneous case may be closed.

Dated: 6/23/2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney